BETTY KOLODNY, as Administratrix of the Estate of ISRAEL ARNOVE, Deceased, Appellant, v. JOSEPH SCHWARTZ et al., Respondents.—Action to recover damages for withholding possession of real property and for converting personal property. Judgment entered in favor of defendants, after trial by the court without a jury, reversed on the law and the facts and a new trial granted, with costs to abide the event, on the ground that the evidence was sufficient to establish prima facie the existence of an oral lease. Carswell, Johnston, Adel, Nolan and Sneed, JJ., concur.

OSCAR M. LAZRUS, Respondent, v. LOSCHKA S. MICHEL, Appellant.—In an action for judgment enjoining the use of property in violation of restrictive covenants, order denying defendant's motion for leave to serve an amended answer, reversed on the law and the facts, with $10 costs and disbursements, and the motion granted, without costs. The motion was improvidently denied. Carswell, Acting P. J., Johnston, Adel, Nolan and Wenzel, JJ., concur.